No. 96–1379. FLANAGAN ET AL. *v.* AHEARN ET AL.; and
No. 96–1394. ORTIZ ET AL. *v.* FIBREBOARD CORP. ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and cases

3

3

5 remanded for further consideration in light of *Amchem Products, Inc.* v. *Windsor, ante,* p. 591.